IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| NATHANAEL NOLT and COREY LEA | ) | |
|---|---|---|
| | ) | |
| | ) | NO. 3:20-cv-00962 |
| Plaintiffs, | ) | |
| | ) | JUDGE CAMPBELL |
| v. | ) | MAGISTRATE JUDGE NEWBERN |
| | ) | |
| ZACHARY KNOWLES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from Magistrate Judge Alistair Newbern (Doc. No. 202) recommending the Court deny the Motion to Dismiss filed by Defendants Zachary Knowles, Lyndi Knowles, and ZK Ranches (the "ZK Ranches Defendants") (Doc. No. 141).

The Report and Recommendation advised the parties that objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 202 at 9). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 202) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, the ZK Ranches Defendants' Motion to Dismiss (Doc. No. 141) is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE